THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL J. SPATH :
:
**Plaintiff** :
:
v. : 3:16-CV-1602
: (JUDGE MARIANI)
:
HARTT TRANSPORTATION :
SYSTEMS, INC, et al. :
:
**Defendants** :

## ORDER

AND NOW, THIS __18th__ DAY OF JULY, 2017, Plaintiff's counsel having reported to the Court that a settlement has been reached in the above-captioned matter (Doc. 22), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

FILED
SCRANTON

JUL 1 8 2017

PER_____
DEPUTY CLERK

Robert D. Mariani
United States District Judge